RECEIVED
IN LAKE CHARLES, LA

SEP 29 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | |
|---|---|
| **BLACK LAKE LAND & OIL, L.L.C.** | CIVIL ACTION NO. 2:09-cv-2227 |
| VS. | PATRICIA MINALDI |
| **AUDUBON INSURANCE COMPANY and LOUISIANA FAIR CITIZENS PLAN** | MAG. JUDGE KATHLEEN KAY |

### JUDGMENT

For the reasons stated in the Report and Recommendation [Rec. Doc. 46] of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that any and all claims asserted by Black Lake against Louisiana Citizens are DISMISSED WITH PREJUDICE with the defendant bearing all the costs of the state court proceeding as stipulated in the judgment signed by the parties and presented to the state court for signature.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 27 day of August, 2011.

Sept

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE